IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**DEANNA IVERSON,**                       3:13-cv-01134 RE

          Plaintiff,

                                    **ORDER**

          v.

**CAROLYN W. COLVIN,**
Acting Commissioner of Social Security,

          Defendant.

**REDDEN,** Judge:

Plaintiff seeks an award of fees in the amount of $4,672.00 under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d)(1)(A). Based upon the stipulation of the parties, plaintiff's application (#17) is granted.

It is ordered that the attorneys' fee will be paid to plaintiff's attorney, dependent upon verification that plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program. *Astrue v. Ratliff,* 130 S.Ct. 2521 (2010). If plaintiff has no such debt, then the check shall be made payable to plaintiff's attorney, George j. Wall,

and mailed to plaintiff's attorney at 1336 E. Burnside St., Suite 130, Portland, OR 97132. If plaintiff has such debt, then the check for any remaining funds after offset of the debt shall be made payable to plaintiff and mailed to plaintiff's attorney.

IT IS SO ORDERED.

Dated this ___ day of July, 2014.

JAMES A. REDDEN
United States District Judge